Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702
**Case No. 21−60315−maw**

**In re:**
  G.M.S. Home Solutions, LLC
  **Aka** − GMS Exterior Solutions, LLC dba GMS
  Siding and Windows Co.
  1387 Clarendon Avenue, SW
  Canton, OH 44710

**Social Security No.:**

**Employer's Tax I.D. No.:**
  81−0765878

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☒ Lisa M. Barbacci, Trustee − Canton is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☒ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** June 26, 2023
Form ohnb136